**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **LAKETTA GRAHAM,**   )  <br>             **Plaintiff,**    ) <br> **vs.**                                               ) <br>                                                          ) <br> **CITY OF DALLAS,**                      ) <br>             **Defendant.**                 ) | <br><br>No.  3:16-CV-3512-G-BH<br><br><br>Referred to U.S. Magistrate Judge |

**ORDER**

Pursuant to *Special Order No. 3-251*, this pro so case has been automatically referred for full case management. On February 3, 2017, it was recommended that this action be dismissed under Fed. R. Civ. P. 41(b) for want of prosecution because the plaintiff had failed to respond to a Second Magistrate Judge's Questionnaire by January 27, 2017, as ordered. (*See* doc. 10.) On February 3, 2017, within the time for objection to the recommendation, she filed answers to the questionnaire. Because the plaintiff has now responded, the February 3, 2017 findings, conclusions, and recommendation are hereby **VACATED**.

**SO ORDERED** on this 13th day of February, 2017.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE