IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKETTA GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| vs. | ) | |
| | ) | 3:16-CV-3512-G (BH) |
| CITY OF DALLAS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court. Plaintiff's complaint will be dismissed with prejudice by separate judgment as legally frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

SO ORDERED.

May 17, 2019.

*(signature)*
**A. JOE FISH**
**Senior United States District Judge**